UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO JOSE ORTIZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-12-3580 |
| | § | |
| CITIMORTGAGE, INC., | § | |
| | § | |
| *Defendant*. | § | |

**FINAL JUDGMENT**

In conformance with the memorandum opinion and order signed this day, defendant Citimortgage, Inc.'s motion for summary judgment is GRANTED, and plaintiff Mario Jose Ortiz's claims against defendant Citimortgage, Inc. are all DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT

Signed at Houston, Texas on April 14, 2014.

_____
Gray H. Miller
United States District Judge